### REYNOLDS v. PATTEN.

*Johnston & Johnston,* for plaintiffs (appellants).

*Deyo, Duer & Bauendorf,* for defendants (respondents).

FITZSIMONS, J.    We have examined the appeal record carefully, and agree with the referee in his opinion and findings. Judgment is affirmed, with costs.

McGown and VAN WYCK, JJ., concur.
Judgment affirmed.